ACCEPTED
01-15-00621-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/28/2015 1:48:12 PM
CHRISTOPHER PRINE
CLERK



**BarlowJones** LLP
ATTORNEYS AT LAW

August 28, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/28/2015 1:48:12 PM

CHRISTOPHER A. PRINE
Clerk

Mr. Christopher A. Prine, Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas

      Re:    Case No. 01-15-00621-CV; Supply Pro, Inc. And Harmon K. Fine, Individually v. Ecosorb International, Inc., d/b/a Biocel Technologies; In the First Court of Appeals - Houston, Texas

           T.C. Case #2012-24524

Dear Mr. Prine,

    I would like to request a copy of the Reporter's record that was filed in the above matter on August 19, 2015. It is my understanding that upon receipt of this request that you will forward a disc containing the record to my office at the below noted address through regular mail.

    If you have any questions, please give me a call. Thank you.

                        Best regards,

                        *Cathy Keel*

                        Cathy Keel, Legal Assistant
                        For Richard Edelman

/cfk